# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

WILLIE LOUI MACK
Plaintiff

V.

ALABAMA PARDONS + PAROLE BOARD, et al.
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 2:07cv729-MEF

RECEIVED
2007 AUG 14 A 9:36
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, __Willie Louis Mack__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __FCI TALLADEGA, ALABAMA__

   Are you employed at the institution? __yes__   Do you receive any payment from the __yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions. __Please See Attached Inmate Account Statement__

2. Are you currently employed?     ☐ Yes     ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __N/A__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __I've been so confined since January 24, 2000.__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☑ No
   b. Rent payments, interest or dividends                ☐ Yes     ☑ No
   c. Pensions, annuities or life insurance payments     ☐ Yes     ☑ No
   d. Disability or workers compensation payments        ☐ Yes     ☑ No
   e. Gifts or inheritances                               ☐ Yes     ☑ No
   f. Any other sources                                   ☑ Yes     ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. __SEE INMATE ACCOUNT STATEMENT ATTACHED HERETO.__

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☑ No

   If "Yes," state the total amount. __−0−__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

   If "Yes," describe the property and state its value. N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

I declare under penalty of perjury that the above information is true and correct.

__August 9th, 2007__      __Willie S. Mack__
         Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Inmate Statement

| | | |
|---|---|---|
| **Inmate Reg #:** 02948180 | **Current Institution:** | Talladega FCI |
| **Inmate Name:** MACK, WILLIE | **Housing Unit:** | TDG-G-B |
| **Report Date:** 08/10/2007 | **Living Quarters:** | G06-001L |
| **Report Time:** 7:55:29 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | 8/9/2007 5:09:08 PM | TFN0809 | | | Phone Withdrawal | ($8.00) | | $50.02 |
| TDG | 8/7/2007 7:37:22 PM | TFN0807 | | | Phone Withdrawal | ($3.00) | | $58.02 |
| TDG | 8/7/2007 7:01:31 PM | 81 | | | Sales | ($89.55) | | $61.02 |
| TDG | 8/7/2007 2:15:13 PM | GIPP0707 | | | Payroll - IPP | $35.00 | | $150.57 |
| TDG | 8/6/2007 3:11:15 PM | 33322107 | | | Western Union | $50.00 | | $115.57 |
| TDG | 8/5/2007 7:15:05 PM | TFN0805 | | | Phone Withdrawal | ($5.00) | | $65.57 |
| TDG | 8/5/2007 10:04:57 AM | 33322107 | | | Western Union | $50.00 | | $70.57 |
| TDG | 8/4/2007 9:12:49 PM | TFN0804 | | | Phone Withdrawal | ($8.00) | | $20.57 |
| TDG | 8/4/2007 1:40:58 PM | TFN0804 | | | Phone Withdrawal | ($7.00) | | $28.57 |
| TDG | 8/3/2007 8:12:11 PM | TFN0803 | | | Phone Withdrawal | ($5.00) | | $35.57 |
| TDG | 8/2/2007 12:00:26 PM | TFN0802 | | | Phone Withdrawal | ($10.00) | | $40.57 |
| TDG | 7/31/2007 6:56:31 PM | TFN0731 | | | Phone Withdrawal | ($3.00) | | $50.57 |
| TDG | 7/31/2007 6:14:24 PM | 59 | | | Sales | ($186.75) | | $53.57 |
| TDG | 7/30/2007 9:01:39 PM | TFN0730 | | | Phone Withdrawal | ($6.00) | | $240.32 |
| TDG | 7/29/2007 9:06:32 PM | 33321607 | | | Western Union | $100.00 | | $246.32 |
| TDG | 7/26/2007 12:18:52 PM | 68 | | | Sales | ($3.20) | | $146.32 |
| TDG | 7/26/2007 11:55:39 AM | 30 | | | Sales | ($20.90) | | $149.52 |
| TDG | 7/25/2007 11:07:07 AM | 33321307 | | | Western Union | $100.00 | | $170.42 |
| TDG | 7/23/2007 5:38:07 PM | TFN0723 | | | Phone Withdrawal | ($3.00) | | $70.42 |
| TDG | 7/17/2007 12:04:12 PM | 46 | | | Sales | ($10.90) | | $73.42 |
| TDG | 7/15/2007 3:02:39 PM | TFN0715 | | | Phone Withdrawal | ($6.00) | | $84.32 |
| TDG | 7/15/2007 10:58:19 AM | TFN0715 | | | Phone Withdrawal | ($1.00) | | $90.32 |
| TDG | 7/13/2007 5:42:23 PM | TFN0713 | | | Phone Withdrawal | ($5.00) | | $91.32 |
| TDG | 7/13/2007 1:08:15 PM | 33320507 | | | Western Union | $60.00 | | $96.32 |
| TDG | 7/12/2007 9:32:35 AM | TFN0712 | | | Phone Withdrawal | ($7.00) | | $36.32 |
| TDG | 7/10/2007 6:51:07 PM | 78 | | | Sales | ($192.67) | | $43.32 |
| TDG | 7/9/2007 2:34:43 PM | TFN0709 | | | Phone Withdrawal | ($5.00) | | $235.99 |
| TDG | 7/9/2007 10:56:06 AM | 33320107 | | | Western Union | $100.00 | | $240.99 |
| TDG | 7/8/2007 7:07:15 PM | TFN0708 | | | Phone Withdrawal | ($3.00) | | $140.99 |
| TDG | 7/7/2007 12:46:35 PM | TFN0707 | | | Phone Withdrawal | ($10.00) | | $143.99 |
| TDG | 7/6/2007 7:45:02 PM | TFN0706 | | | Phone Withdrawal | ($7.00) | | $153.99 |
| TDG | 7/6/2007 11:06:24 AM | 33320007 | | | Western Union | $90.00 | | $160.99 |
| TDG | 7/6/2007 9:34:09 AM | GIPP0607 | | | Payroll - IPP | $35.00 | | $70.99 |

| | | | | | |
|---|---|---|---|---|---|
| TDG | 7/5/2007 6:35:46 PM | TFN0705 | Phone Withdrawal | ($5.00) | $35.99 |
| TDG | 7/5/2007 10:07:59 AM | TFN0705 | Phone Withdrawal | ($5.00) | $40.99 |
| TDG | 7/4/2007 9:01:02 AM | TFN0704 | Phone Withdrawal | ($5.00) | $45.99 |
| TDG | 7/3/2007 6:10:46 PM | 33319707 | Western Union | $50.00 | $50.99 |
| TDG | 7/2/2007 6:56:31 PM | 69 | Sales | ($27.10) | $0.99 |
| TDG | 7/2/2007 11:06:50 AM | TFN0702 | Phone Withdrawal | ($3.00) | $28.09 |
| TDG | 7/1/2007 9:08:10 AM | TFN0701 | Phone Withdrawal | ($5.00) | $31.09 |
| TDG | 6/30/2007 12:07:15 PM | 33319507 | Western Union | $25.00 | $36.09 |
| TDG | 6/29/2007 7:23:40 PM | TFN0629 | Phone Withdrawal | ($1.00) | $11.09 |
| TDG | 6/25/2007 6:13:54 PM | 29 | Sales | ($58.30) | $12.09 |
| TDG | 6/24/2007 8:09:39 PM | TFN0624 | Phone Withdrawal | ($5.00) | $70.39 |
| TDG | 6/24/2007 6:05:55 PM | 33319107 | Western Union | $70.00 | $75.39 |
| TDG | 6/23/2007 9:19:23 AM | TFN0623 | Phone Withdrawal | ($2.00) | $5.39 |
| TDG | 6/19/2007 6:31:07 PM | TFN0619 | Phone Withdrawal | ($3.00) | $7.39 |
| TDG | 6/18/2007 6:36:20 PM | 95 | Sales | ($84.85) | $10.39 |
| TDG | 6/18/2007 4:09:29 PM | 33318607 | Western Union | $90.00 | $95.24 |
| TDG | 6/15/2007 4:41:55 PM | TFN0615 | Phone Withdrawal | ($2.00) | $5.24 |

1 2 3 4 5

**Total Transactions: 244**

**Totals:** $50.01   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.02 |
| **Totals:** | **$50.02** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$50.02** |

# Inmate Statement

| | | |
|---|---|---|
| **Inmate Reg #:** 02948180 | **Current Institution:** | Talladega FCI |
| **Inmate Name:** MACK, WILLIE | **Housing Unit:** | TDG-G-B |
| **Report Date:** 08/10/2007 | **Living Quarters:** | G06-001L |
| **Report Time:** 7:56:04 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | 6/14/2007 2:43:13 PM | TFN0614 | | | Phone Withdrawal | ($3.00) | | $7.24 |
| TDG | 6/13/2007 9:01:15 PM | TFN0613 | | | Phone Withdrawal | ($2.00) | | $10.24 |
| TDG | 6/11/2007 6:03:44 PM | 18 | | | Sales | ($98.38) | | $12.24 |
| TDG | 6/11/2007 3:09:58 PM | TFN0611 | | | Phone Withdrawal | ($5.00) | | $110.62 |
| TDG | 6/9/2007 6:08:49 PM | TFN0609 | | | Phone Withdrawal | ($5.00) | | $115.62 |
| TDG | 6/8/2007 10:47:57 AM | TFN0608 | | | Phone Withdrawal | ($5.00) | | $120.62 |
| TDG | 6/7/2007 11:32:22 AM | 42 | | | Sales | ($3.20) | | $125.62 |
| TDG | 6/7/2007 8:36:05 AM | GIPP0507 | | | Payroll - IPP | $35.00 | | $128.82 |
| TDG | 6/6/2007 12:17:26 PM | TFN0606 | | | Phone Withdrawal | ($7.00) | | $93.82 |
| TDG | 6/6/2007 7:31:52 AM | TFN0606 | | | Phone Withdrawal | ($3.00) | | $100.82 |
| TDG | 6/5/2007 12:35:48 PM | TFN0605 | | | Phone Withdrawal | ($5.00) | | $103.82 |
| TDG | 6/5/2007 11:06:55 AM | 33317707 | | | Western Union | $75.00 | | $108.82 |
| TDG | 6/5/2007 7:09:19 AM | TFN0605 | | | Phone Withdrawal | ($7.00) | | $33.82 |
| TDG | 6/4/2007 7:11:57 PM | 33317607 | | | Western Union | $40.00 | | $40.82 |
| TDG | 6/4/2007 6:27:31 PM | TFN0604 | | | Phone Withdrawal | ($3.00) | | $0.82 |
| TDG | 6/4/2007 5:42:57 PM | 31 | | | Sales | ($3.90) | | $3.82 |
| TDG | 6/4/2007 5:39:15 PM | 30 | | | Sales | ($91.15) | | $7.72 |
| TDG | 6/4/2007 1:42:15 PM | TFN0604 | | | Phone Withdrawal | ($2.00) | | $98.87 |
| TDG | 6/4/2007 1:11:50 PM | 33317607 | | | Western Union | $100.00 | | $100.87 |
| TDG | 5/22/2007 3:34:08 PM | | 2156 | | Legal Fees | ($80.00) | | $0.87 |
| TDG | 5/17/2007 11:06:16 AM | 33316407 | | | Western Union | $30.00 | | $80.87 |
| TDG | 5/16/2007 6:16:27 PM | TFN0516 | | | Phone Withdrawal | ($2.00) | | $50.87 |
| TDG | 5/14/2007 9:08:07 PM | 33316107 | | | Western Union | $40.00 | | $52.87 |
| TDG | 5/14/2007 12:46:41 PM | TFN0514 | | | Phone Withdrawal | ($5.00) | | $12.87 |
| TDG | 5/13/2007 8:35:45 PM | TFN0513 | | | Phone Withdrawal | ($3.00) | | $17.87 |
| TDG | 5/11/2007 9:06:39 AM | TFN0511 | | | Phone Withdrawal | ($6.00) | | $20.87 |
| TDG | 5/10/2007 1:04:46 PM | 113 | | | Sales | ($1.55) | | $26.87 |
| TDG | 5/10/2007 12:06:09 PM | TFN0510 | | | Phone Withdrawal | ($5.00) | | $28.42 |
| TDG | 5/10/2007 6:05:36 AM | 33315907 | | | Western Union | $25.00 | | $33.42 |
| TDG | 5/8/2007 8:49:00 PM | TFN0508 | | | Phone Withdrawal | ($5.00) | | $8.42 |
| TDG | 5/8/2007 2:34:27 PM | | 2002 | | Bills | ($75.00) | | $13.42 |
| TDG | 5/7/2007 6:31:56 PM | 23 | | | Sales | ($96.95) | | $88.42 |
| TDG | 5/7/2007 11:28:31 AM | GIPP0407 | | | Payroll - IPP | $35.00 | | $185.37 |

| | | | | | |
|---|---|---|---|---|---|
| TDG | 5/7/2007 9:48:42 AM | TFN0507 | Phone Withdrawal | ($10.00) | $150.37 |
| TDG | 5/6/2007 5:05:56 PM | TFN0506 | Phone Withdrawal | ($10.00) | $160.37 |
| TDG | 5/6/2007 2:07:09 PM | 33315607 | Western Union | $75.00 | $170.37 |
| TDG | 5/4/2007 8:18:14 PM | TFN0504 | Phone Withdrawal | ($5.00) | $95.37 |
| TDG | 5/4/2007 1:49:42 PM | TFN0504 | Phone Withdrawal | ($10.00) | $100.37 |
| TDG | 5/4/2007 1:08:12 PM | 33315507 | Western Union | $110.00 | $110.37 |
| TDG | 4/26/2007 12:35:57 PM | TFN0426 | Phone Withdrawal | ($1.00) | $0.37 |
| TDG | 4/26/2007 11:54:02 AM | 26 | Sales | ($18.85) | $1.37 |
| TDG | 4/25/2007 8:57:40 AM | TFN0425 | Phone Withdrawal | ($10.00) | $20.22 |
| TDG | 4/25/2007 6:05:12 AM | 33314807 | Western Union | $30.00 | $30.22 |
| TDG | 4/16/2007 9:18:13 PM | TFN0416 | Phone Withdrawal | ($2.00) | $0.22 |
| TDG | 4/16/2007 6:05:07 PM | 55 | Sales | ($36.95) | $2.22 |
| TDG | 4/16/2007 10:51:03 AM | TFN0416 | Phone Withdrawal | ($5.00) | $39.17 |
| TDG | 4/12/2007 8:06:26 PM | TFN0412 | Phone Withdrawal | ($5.00) | $44.17 |
| TDG | 4/12/2007 11:52:21 AM | 15 | Sales | ($22.35) | $49.17 |
| TDG | 4/10/2007 11:57:41 AM | 20 | Sales | ($14.39) | $71.52 |
| TDG | 4/9/2007 9:10:56 PM | 33313607 | Western Union | $50.00 | $85.91 |

1 2 3 4 5

**Total Transactions: 244**

**Totals:** $50.01    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.02 |
| **Totals:** | **$50.02** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$50.02** |

# Inmate Statement

| | | |
|---|---|---|
| **Inmate Reg #:** 02948180 | **Current Institution:** | Talladega FCI |
| **Inmate Name:** MACK, WILLIE | **Housing Unit:** | TDG-G-B |
| **Report Date:** 08/10/2007 | **Living Quarters:** | G06-001L |
| **Report Time:** 7:56:26 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | 4/9/2007 6:18:39 PM | TFN0409 | | | Phone Withdrawal | ($5.00) | | $35.91 |
| TDG | 4/7/2007 4:34:18 PM | TFN0407 | | | Phone Withdrawal | ($6.00) | | $40.91 |
| TDG | 4/6/2007 9:57:27 AM | TFN0406 | | | Phone Withdrawal | ($5.00) | | $46.91 |
| TDG | 4/6/2007 8:30:59 AM | GIPP0307 | | | Payroll - IPP | $35.00 | | $51.91 |
| TDG | 4/5/2007 6:36:39 PM | TFN0405 | | | Phone Withdrawal | ($5.00) | | $16.91 |
| TDG | 4/5/2007 5:49:40 PM | 111 | | | Sales | ($78.50) | | $21.91 |
| TDG | 4/5/2007 3:08:24 PM | 33313407 | | | Western Union | $50.00 | | $100.41 |
| TDG | 4/4/2007 3:28:45 PM | TFN0404 | | | Phone Withdrawal | ($5.00) | | $50.41 |
| TDG | 4/3/2007 4:37:18 PM | TFN0403 | | | Phone Withdrawal | ($5.00) | | $55.41 |
| TDG | 4/2/2007 6:09:17 PM | TFN0402 | | | Phone Withdrawal | ($5.00) | | $60.41 |
| TDG | 4/1/2007 6:35:46 PM | TFN0401 | | | Phone Withdrawal | ($10.00) | | $65.41 |
| TDG | 4/1/2007 6:12:03 PM | 33313107 | | | Western Union | $75.00 | | $75.41 |
| TDG | 3/15/2007 8:00:15 PM | TFN0315 | | | Phone Withdrawal | ($6.00) | | $0.41 |
| TDG | 3/15/2007 6:18:40 PM | 120 | | | Sales | ($63.80) | | $6.41 |
| TDG | 3/14/2007 5:23:44 PM | TFN0314 | | | Phone Withdrawal | ($5.00) | | $70.21 |
| TDG | 3/14/2007 4:06:39 PM | 33311807 | | | Western Union | $75.00 | | $75.21 |
| TDG | 3/8/2007 6:47:49 PM | TFN0308 | | | Phone Withdrawal | ($7.00) | | $0.21 |
| TDG | 3/8/2007 6:16:56 PM | 139 | | | Sales | ($85.35) | | $7.21 |
| TDG | 3/8/2007 11:52:56 AM | 15 | | | Sales | ($3.10) | | $92.56 |
| TDG | 3/7/2007 3:33:06 PM | TFN0307 | | | Phone Withdrawal | ($7.00) | | $95.66 |
| TDG | 3/7/2007 9:16:08 AM | GIPP0207 | | | Payroll - IPP | $35.00 | | $102.66 |
| TDG | 3/6/2007 2:06:28 PM | | | 1342 | Gift | ($62.50) | | $67.66 |
| TDG | 3/5/2007 4:44:53 PM | TFN0305 | | | Phone Withdrawal | ($10.00) | | $130.16 |
| TDG | 3/5/2007 4:09:13 PM | 33311107 | | | Western Union | $60.00 | | $140.16 |
| TDG | 3/3/2007 9:07:33 AM | TFN0303 | | | Phone Withdrawal | ($10.00) | | $80.16 |
| TDG | 3/2/2007 5:03:18 PM | TFN0302 | | | Phone Withdrawal | ($4.00) | | $90.16 |
| TDG | 3/2/2007 2:08:32 PM | 33311007 | | | Western Union | $50.00 | | $94.16 |
| TDG | 3/2/2007 11:37:16 AM | 13 | | | Sales | ($104.50) | | $44.16 |
| TDG | 2/28/2007 9:00:17 PM | TFN0228 | | | Phone Withdrawal | ($7.00) | | $148.66 |
| TDG | 2/23/2007 2:06:26 PM | 33310507 | | | Western Union | $30.00 | | $155.66 |
| TDG | 2/22/2007 6:08:47 PM | 118 | | | Sales | ($17.45) | | $125.66 |
| TDG | 2/18/2007 2:26:18 PM | TFN0218 | | | Phone Withdrawal | ($7.00) | | $143.11 |
| TDG | 2/15/2007 8:46:22 PM | TFN0215 | | | Phone Withdrawal | ($15.00) | | $150.11 |

| | | | | | |
|---|---|---|---|---|---|
| TDG | 2/15/2007 8:08:26 PM | 33309907 | Western Union | $100.00 | $165.11 |
| TDG | 2/15/2007 5:22:06 PM | 49 | Sales | ($100.70) | $65.11 |
| TDG | 2/15/2007 4:56:33 PM | TFN0215 | Phone Withdrawal | ($5.00) | $165.81 |
| TDG | 2/14/2007 5:00:59 PM | TFN0214 | Phone Withdrawal | ($10.00) | $170.81 |
| TDG | 2/14/2007 2:46:19 PM | 33309807 | Western Union | $100.00 | $180.81 |
| TDG | 2/13/2007 12:16:26 PM | TFN0213 | Phone Withdrawal | ($5.00) | $80.81 |
| TDG | 2/11/2007 9:24:07 PM | TFN0211 | Phone Withdrawal | ($5.00) | $85.81 |
| TDG | 2/9/2007 4:33:57 PM | TFN0209 | Phone Withdrawal | ($10.00) | $90.81 |
| TDG | 2/9/2007 1:08:09 PM | 33309507 | Western Union | $100.00 | $100.81 |
| TDG | 2/8/2007 7:36:58 PM | TFN0208 | Phone Withdrawal | ($6.00) | $0.81 |
| TDG | 2/8/2007 7:09:08 PM | 150 | Sales | ($57.55) | $6.81 |
| TDG | 2/8/2007 10:15:57 AM | TFN0208 | Phone Withdrawal | ($3.00) | $64.36 |
| TDG | 2/7/2007 5:29:38 PM | TFN0207 | Phone Withdrawal | ($3.00) | $67.36 |
| TDG | 2/7/2007 3:12:40 PM | TFN0207 | Phone Withdrawal | ($1.00) | $70.36 |
| TDG | 2/7/2007 10:34:52 AM | GIPP0107 | Payroll - IPP | $21.00 | $71.36 |
| TDG | 2/6/2007 5:10:35 PM | 33309207 | Western Union | $50.00 | $50.36 |
| TDG | 2/6/2007 1:30:23 PM | GITS2CNV | Phone Rev With Rel | $0.35 | $0.36 |

1 2 3 4 5

**Total Transactions: 244**

**Totals:** $50.01    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.02 |
| **Totals:** | **$50.02** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$50.02** |