IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE LOUIS MACK, #153077, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No.2:07cv729-MEF |
| | ) | |
| ALABAMA BOARD OF PARDONS & PAROLES, et al., | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

It is a rule of this court that if, after considering a prisoner's affidavit for *in forma pauperis* treatment, it is determined that the prisoner is financially able to pay the appropriate filing fee, he must do so.

Upon consideration of the fact that Petitioner had an available balance of $50.02 in his prison account at the time he filed this application for habeas relief, it is the opinion of the Magistrate Judge that Petitioner is able to pay the applicable $5.00 filing fee.

Accordingly, it is ORDERED that:

1. On or before September 4, 2007, Petitioner shall forward to the Clerk of the Court the $5.00 filing fee; and

2. Except to the extent that payment is required under this order, Petitioner's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is GRANTED. Petitioner is cautioned that his failure to comply with this order will result in a Recommendation by the undersigned

that the instant petition be dismissed.

    Done this 15th day of August, 2007.


                                          /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE