```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000301
Cashier ID: cstrecke
Transaction Date: 09/05/2007
Payer Name: WILLIE L MACK
------------------------------------
WRIT OF HABEAS CORPUS
 For: WILLIE L MACK
 Case/Party: D-ALM-2-07-CV-000729-001
 Amount:         $5.00
------------------------------------
MONEY ORDER
 Remitter: WILLIE L MACK
 Check/Money Order Num: 08759129558
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```

DALM2:07CV000729-001

WILLIE L MACK

REG NO 02948-180

FEDERAL CORRECTIONAL INST.

PMB 1000
TALLADEGA, AL  35160