# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Willie Louis Mack

V.

Alabama Board of Pardon & Paroles, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:07-cv-00729-MEF

TO: (Name and address of Defendant)

Alberto Gonzales
Atty General fo the US
US Dept of Justice, 10th & Const. Ave
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Willie Louis Mack
Fed. No. 02948-180
TALLADEGA
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
TALLADEGA, AL 35160

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(By) DEPUTY CLERK

DATE  9/7/07

≥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____Middle____ District of ____Alabama____

Willie Louis Mack
V.

Alabama Board of Pardon & Paroles, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:07-cv-00729-MEF

TO: (Name and address of Defendant)

Leura Garrett Canary
US Attorney
P.O. Box 197
Montgomery, AL 36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Willie Louis Mack
Fed. No. 02948-180
TALLADEGA
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
TALLADEGA, AL 35160 80

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                   9/7/07

CLERK                                              DATE

(By) DEPUTY CLERK

⊗AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

    Middle     District of     Alabama

Willie Louis Mack
V.

Alabama Board of Pardon & Paroles, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:07-cv-00729-MEF

TO: (Name and address of Defendant)

Warden, FCI Talladega,
TALLADEGA
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
TALLADEGA, AL 35160

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Willie Louis Mack
Fed. No. 02948-180
TALLADEGA
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
TALLADEGA, AL 35160 80

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*    9/17/07

CLERK    DATE

(By) DEPUTY CLERK