**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Christel Perr_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

Chryshnc D Lake    09/10/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

_Leura Garrett Canary   07cv729 Fproof
USAtty
P.O. Box 197
Montgomery, AL 36101_

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7007 1490 0000 0026 6305
   (Transfer from se_____

102595-02-M-1540

PS Form 3811, February 2004    Domestic Return Receipt