**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   General Counsel
   Alabama Bd of Pardons + Parole
   P.O. Box 302405
   Montgomery, AL
   36130-2405

2. Article Number (Transfer from service label)
   7007 1490 0000 0026 6299

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Cornell Loy
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )
   Cornell Loy

C. Date of Delivery
   9/11/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   07cv729
   petition
   pro
   se

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

102595-02-M-1540