| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, a[nd 3]. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Emmett Turn_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name) SEP 1 2 2007   C. Date of Delivery 2007 |
| 1. Article Addressed to:<br>Alberto Gonzales<br>Atty Gen. of the US<br>US Dept of Justice, 10th +<br>Const.<br>Washington, DC<br>20530 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br>07CV729<br>STC + Drac order<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service) | 7007 1490 0000 0026 6312 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540