IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LOUIS MACK, #153077, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:07cv729-MEF |
| ) | |
| ALABAMA BOARD OF PARDONS ) | |
| & PAROLES, et al., ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

On September 26, 2007 (Doc. No. 11), Respondents filed an answer addressing the claims presented in Petitioner's 28 U.S.C. § 2241 petition for habeas corpus relief. In their answer, Respondents contends that the petition is due to be denied because Petitioner is entitled to no relief on the claims presented therein. Specifically, Respondents argue that so long as Petitioner remains incarcerated under his federal sentence, the State of Alabama is under no constitutional duty to afford him a parole revocation hearing. *See Moody v. Daggett*, 429 U.S. 78, 86-89 (1976). In addition, Respondents argue that Petitioner has failed to exhaust his available remedies under state law to challenge the State's actions and that, consequently, this court lacks jurisdiction to entertain the petition for habeas relief.

Accordingly, it is

ORDERED that **on or before October 18, 2007**, Petitioner may file a reply to Respondents' answer. Any documents or evidence filed after this date will not be considered by the court except in exceptional circumstances. At any time after the deadline for filing

a reply expires, the court will determine whether an evidentiary hearing is necessary. If it appears that an evidentiary hearing is not required, the court will dispose of the petition as justice requires. *Cf.* Rule 8(a), *Rules Governing Section 2254 Cases in the United States District Courts.*

Petitioner is instructed that when replying to Respondents' answer, he may file sworn affidavits or other documents in support of his claims. Affidavits should set forth specific facts which demonstrate that the petitioner is entitled to relief on the grounds presented in the habeas corpus petition. If documents that have not previously been filed with the court are referred to in the affidavits, sworn or certified copies of those papers must be attached to the affidavits or served with them. When Petitioner attacks Respondents' answer by use of affidavits or other documents, the court will, at the appropriate time, consider whether to expand the record to include such materials. *Cf.* Rule 7, *Rules Governing Section 2254 Cases in the United States District Courts*.

Petitioner is specifically cautioned that if he fails to file a reply to Respondents' answer within the time allowed by the court, the court thereafter will proceed to consider the merits of the petition.

Done this 27th day of September, 2007.

      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE