IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LOUIS MACK, #153077, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:07cv729-MEF |
| ) | |
| ALABAMA BOARD OF PARDONS ) | |
| & PAROLES, et al., ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

Upon consideration of Petitioner's motion requesting that the court order that Petitioner and counsel for Respondents enter into settlement discussions in this case (Doc. No. 15; filed Apr. 4, 2008), it is

ORDERED that this motion (Doc. No. 15) be and is hereby DENIED.

Done this 9th day of April, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE