IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE LOUIS MACK,                        )
                                          )
        Petitioner,                       )
                                          )
                                          )
                                          )
vs.                                       )      Civil Action No. 2:07cv729-MEF
                                          )                  (WO)
                                          )
                                          )
ALABAMA BOARD OF PARDONS                  )
& PAROLES, et al.,                        )
                                          )
        Respondents.                      )

REQUEST FOR ADDITIONAL TIME TO FILE OBJECTIONS
TO RECOMMENDATION OF THE MAGISTRATE JUDGE

        COMES NOW Willie Louis Mack, the pro se Petitioner in the
above styled named and numbered cause, hereby respectfully moves
this Court for additional time for which to file his objections
to the "Recommendation of the Magistrate Judge" on the bases of
the following reasons:

        1. Willie Louis Mack (hereand-after, "Petitioner") initiated
the instant judicial proceedings as a pro se prisoner, currently
housed at a Federal Correctional Institution ("FCI") in Talladega,
Alabama, without the aid of professional legal assistance.

        2. Due to several factors, which will clearly restrict Petit-
ioner's ability to prepare and file the required objections to the

recommendation of the Magistrate Judge. For example: Because of
Petitioner's present status as a federal inmate at FCI Talladega,
he is unable to utilize the prison's inmate law library until cer-
tain and specific time periods, specifically, from the hours of
2:00 p.m. to 3:00 p.m., and then again from 6:00 p.m. to 7:45 p.m.
Clearly, these designated hours will not accord Petitioner the
necessary time that is actually required for him to research, for-
mulate, and prepare reasonable objections to the recommendation
at issue.

3. On August 13, 2008, the Magistrate Judge issued his Recomm-
endation(s) for the resolution of Petitioner's petitioner for a
writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241. That
particular document directed that Petitioner filed any objections
that he may have on or before August 26, 2008, which, under the
current circumstances of the pro se Petitioner, is clearly an un-
reasonable deadline filing date.

4. There are other hindering factors, such as the security
of the prison, which greatly restrict Petitioner's ability to fully
utilize the prison law library, as well his ability to obtain the
necessary legal materials for which to reasonably prepare and file
his objections to the Magistrate Judge's recommendation(s). One
such factor is where all inmates must remain on their assigned
institutional jobs. Additionally, often times the prison is ordered
to be placed on "lock-down" status, which all inmates are restricted
to their assigned cells for 24-hours each day.

5. Accordingly, Petitioner Mack requests that, based on the
foregoing factors, the Court will grant him an additional thirty

(30) days for which to prepare and file his objections to the Rec-
ommendation of the Magistrate Judge, form August 26, 2008, up to
and including September 27, 2008. The instant request is made in
order to prevent a fundamental injustice, where the Magistrate
Judge has clearly based his decision on facts not alleged by the
Petitioner, and, upon factual circumstances that did not occur
in the present case. Moreover, the Magistrate Judge also bases
the Court's decision upon an inappropriate interpretation of the
governing legal authorities supportive of Petitioner's claim for
habeas relief, and thus, to deny Petitioner his request for addi-
tional time, for which to point out the errors of the Magistrate
Judge, would be a grave miscarriage of fundamental justice.

WHEREFORE, the above reasons considered, Petitioner prays
that the Court will grant him an extension of time for which to
prepare and file objections to the Recommendation of the Magistrate
Judge, from August 26, 2008, up to and including September 27,
2008.

Done this the 15th day of August, 2008.

Willie S. Mack

Willie Louis Mack, pro se

-3-

## CERTIFICATE OF SERVICE

The undersigned Petitioner hereby certify that on this the
15th day of August of the year 2008, did personally serve a true
and correct copy of the foregoing Motion for Additional time on
the attorney for the Respondent(s) by delivering one original and
two copies to the prison authorities at FCI Talladega, Alabama,
for mailing to the below listed addresses with adequate postage
pre-paid to cause said delivery.


**Attn**: Mr. Hugh Davis, Deputy Attorney Gen.
      Troy King, Attorney General
      Alabama Board of Pardons & Paroles
      301 South Reply Street
      P.O. Box 302405
      Montgomery, Alabama  36130


      Office of the Clerk
      United States District Court
      P.O. Box 711
      Montgomery, Alabama  36101-0711



                    Respectfully submitted,
                    Willie B. Mack
                    Willie Louis Mack, pro se
                    Reg.#02948-180
                    FCI Talladega
                    565 East Renfroe Road
                    PMB 1000, Gamma-B
                    Talladega, Alabama  35160


-4-

Louis Mack, #02948-180
Federal Correctional Institution
565 East Renfroe Road, PMB 1000
Gamma-B
Talladega, Alabama          35160

RECEIVED
AUG 18 2006
FCI TDG

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711