IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE LOUIS MACK, #153077, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No.2:07cv729-MEF |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| & PAROLES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on August 21, 2008 (Doc. No. 18), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from August 26, 2008, to and including September 22, 2008, to file any objections to the Recommendation of the Magistrate Judge entered on August 13, 2008, in compliance with the court's orders.

Done this 21st day of August, 2008.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                UNITED STATES MAGISTRATE JUDGE

.