IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE LOUIS MACK, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | CASE NO. 2:07cv729-MEF |
| ALABAMA BOARD OF PARDONS | ) | |
| & PAROLES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

On August 13, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED that the petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice.

Done this the 30th day of September, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE